```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


IN RE:                              )   CASE NO: 05-61425-399
                                    )
CHRISTOPHER E HUBER                 )
                                    )   CHAPTER 13
DEBORAH A HUBER                     )
                                    )
                    DEBTOR(S)       )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
CHRISTOPHER E & DEBORAH A HUBER
2125 BARRINGTON COURT SOU            $              6.99

ARNOLD MO
444444              63010-4172


                                    /s/ John V. LaBarge, Jr.
                                    ------------------------------------
DATE: March 31, 2011                JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
BG -091                             (314) 781-8100    trust33@ch13stl.com
```